**Opinion issued August 26, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00367-CV

_____

## EX PARTE WILLIAM SOLOMON LEWIS

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case No. 75448-CV**

---

## MEMORANDUM OPINION

On May 2, 2014, appellant William Solomon Lewis filed a notice of appeal entitled "Direct Appeal of Court's Refusal to Rule on the Petition for Expunction." The notice of appeal does not attempt to appeal an order or judgment by the trial court; rather, the notice of appeal attempts to appeal the trial court's failure to rule on appellant's petition for expunction.

On June 10, 2014, we notified appellant that we may not have jurisdiction over this appeal because his notice of appeal did not attempt to appeal any order or judgment by the trial court. "In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute." *Ramos v. City of San Benito*, No. 13–13–00228–CV, 2013 WL 2949264, at *1 (Tex. App.—Corpus Christi June 13, 2013, no pet.) (dismissing appeal for lack of jurisdiction where no order entered); *see also Ican Enterprise, Inc. v. Williamson Cnty. Appraisal Review Bd.*, No. 03–04–00622–CV, 2005 WL 66355, at *1 (Tex. App.—Austin Jan. 12, 2005, no pet.) ("Appellants lack an order from which to appeal, and therefore this Court lacks jurisdiction to entertain the appeal.").

Our June 10, 29014 notice informed appellant that the appeal would be dismissed for want of jurisdiction unless he filed a response demonstrating that this Court has jurisdiction over this appeal. Appellant failed to file an adequate response. *See* TEX. R. APP. P. 42.3(c).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

2